IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Vacate Scheduling Conference and Stay Discovery Pending Ruling on Motion to Dismiss, filed with the Court on February 6, 2008, DN 11, is DENIED. The parties shall appear on February 19, 2008, at 8:30 a.m., for the scheduling conference.

Date: February 7, 2008