IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (Docket No. 23), which is not opposed by defendants (Docket No. 26), is granted, and the tendered Amended Complaint (Docket No. 23-2) is accepted for filing as of the date of this Minute Order.

Date: April 22, 2008