IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Settlement Conference (Docket No. 29), filed with the Court on May 9, 2008, is GRANTED. The Settlement Conference set for May 28, 2008, at 10:00 a.m. is VACATED and RESET for August 21, 2008, at 1:30 p.m., in Courtroom A-502. All attorneys, parties and/or representatives with full settlement authority shall be present in person at the settlement conference. Valid photo identification is required to enter the courthouse.

     Confidential settlement statements are due to Magistrate Judge Watanabe (and not to the trial judge) via e-mail, as a PDF attachment, by August 15, 2008.

Date: May 9, 2008