IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case No. 07-CV2764-WDM-MJW

PURNENDU SARKAR,

    Plaintiff,

v.

NANCY MCCALLIN, et al.,

    Defendants.

---

MINUTE ORDER (Docket No. 34)

---

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 34), filed with the Court on June 25, 2008, is GRANTED. The amended discovery cutoff date is September 17, 2008, and the amended dispositive motions deadline is November 3, 2008.

Date: June 25, 2008