IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (docket no. 38) is GRANTED. Plaintiff has established good cause under Fed. R. Civ. P. 16 (b) noting the May 27, 2008, ruling from the United States Supreme Court in <u>CBOCS West, Inc., v. Humphries</u>, 128 S.Ct. 1951, 1955 (2008). Moreover, pursuant to Fed. R. Civ. P. 15(a)(2), "the court should freely give leave [to amend] when justice so requires." The purpose of this rule "is to provide litigants 'the maximum opportunity for each claim to be decided on its merits rather than on procedural niceties.'" <u>Minter v. Prime Equipment Company</u>, 451 F.3d 1196, 1204 (10th Cir. 2006)(citing <u>Hardin v. Maintowoc-Forsythe Corp.</u>, 691 F.2d 449, 456 (10th Cir. 1982)). Lastly, this court finds that the amendments would not be futile.

     It is FURTHER ORDERED that the Second Amended Complaint (docket no. 38-2) is accepted for filing as of the date of this minute order.

Date: August 1, 2008