IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

    Plaintiff,

v.

NANCY MCCALLIN, et al.

    Defendants.

## MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Settlement Conference (Docket No. 48), which is not opposed by Defendants, is GRANTED. The settlement conference set for August 21, 2008, at 1:30 p.m. is VACATED and RESET on October 15, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference. Valid photo identification is required to enter the courthouse.

    Confidential settlement statements are due to Magistrate Judge Watanabe (and not to the trial judge) via e-mail, as a PDF attachment, by October 9, 2008.

Date: August 20, 2008