IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michel J. Watanabe

Case No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

    Plaintiff,

v.

NANCY MCCALLIN, et al.,

    Defendants.

---

MINUTE ORDER (Docket No. 55)

---

It is hereby ORDERED that the Motion to Amend Scheduling Order (Docket No. 55), filed with the Court on September 11, 2008, is GRANTED. The amended discovery cutoff date is October 31, 2008. The amended dispositive motions deadline is December 15, 2008. Plaintiff will be allowed to take additional depositions beyond the limit set in the Scheduling Order up to a total of fifteen depositions.

Date: September 15, 2008