IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff,

v.

NANCY MCCALLIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Reconsideration Regarding Order Amending Scheduling Order (docket no. 59) is DENIED. This court's minute order (docket no. 57) dated September 15, 2008, remains in full force and effect.

    It is FURTHER ORDERED that Plaintiff's Motion to Amend Scheduling Order (docket no. 61) is GRANTED finding good cause shown. The limit on requests for production of documents is increased to thirty-one (31) per side and the Scheduling Order (docket no. 20) is amended consistent with this minute order.

Date: September 25, 2008