IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that Defendants' Motion for a Protective Order Regarding Plaintiff's Rule 30(b)(6) Notice of Deposition (docket no. 64) is **GRANTED**. The Plaintiff's Rule 30(b)(6) Notice of Deposition is **QUASHED**.

The decision to issue a protective order rests within the sound discretion of the trial court. Wang v. Hsu, 919 F.2d 130 (10th Cir. 1990). Such protection is warranted, upon a showing of good cause, to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." See Fed. R. Civ. P. 26(c).

Pursuant to Fed. R. Civ. P. 30(b)(6), a party may name as the deponent a public or private corporation or governmental agency to obtain information on topics relevant to an issue in the case when a party does not know the identity of the person who might have the information. Here, Plaintiff's Notice of Deposition is defective on its face as it does not name a corporation or governmental agency as the deponent. There is no agency defendant in this case. The Defendants are all individuals. There is no representative of a non-party agency that can testify on behalf of these individuals. Accordingly, "good cause" has been demonstrated by Defendants for a protective order pursuant to Fed. R. Civ. P. 26(c).

Date: October 23, 2008