IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Further Amend Scheduling Order to Extend Discovery Cutoff Date, DN 72, filed with the court on October 27, 2008, is GRANTED and the discovery cutoff date is extended up to and including November 25, 2008. The dispositive motions deadline is extended up to and including January 9, 2009.

Date: October 29, 2008