IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby **ORDERED** that Defendant's Motion to Compel Discovery (docket no. 70) is **GRANTED.** Plaintiff has alleged in his complaint claims pursuant to 42 U.S.C. §§ 1983 and 1981, including a violation of his First Amendment rights, retaliation and national origin discrimination, stemming from the termination of his employment as Chief Information Officer at the Colorado Community College System ("CCCS"). In his complaint, Plaintiff is seeking damages. In particular, Plaintiff is seeking damages for economic loss, including back pay and front pay. *See* Amended Complaint. Here, the court finds that Plaintiff's ability to earn income both before and after his termination in August 2006, is relevant to his claimed economic damages. Moreover, Defendant has demonstrated a compelling need for the subject tax returns since such information is not otherwise readily obtainable. *See* Hawkins v. South Plains International Trucks, 139 F.R.D., 679, 681-82 (D. Colo. 1991). Accordingly, Plaintiff shall provide respond fully and completely to Defendant's Request for Production of Documents No. 9 on or before November 25, 2008. The parties are to meet and confer forthwith to determine whether a protective order is needed to protect Plaintiff's spouse's information. If so, then the parties shall file an appropriate motion for protective order forthwith.

Date: November 18, 2008