IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

    Plaintiff,

v.

NANCY MCCALLIN, et al.,

    Defendants.

_____

## ORDER DISMISSING IN INDIVIDUAL CAPACITIES ONLY

    This matter is before me on the Plaintiff's Unopposed Motion to Dismiss Party Defendants (doc. no. 93). It is therefore ordered that Barbara McDonnell and Kristin Corash are dismissed in their individual capacities only.

    DATED at Denver, Colorado, on January 29, 2009.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge