IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02704-WDM-MJW

PURNENDU SARKAR,

Plaintiff(s),

v.

NANCY MCCALLIN, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of Judge Miller's Order granting Defendants' Motion for Summary Judgment (Docket No. 155), it is hereby **ORDERED** that Defendants' Motion to Amend the Pretrial Order (Docket No. 153) is **denied as moot**.

Date: August 27, 2009