IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02704-WDM-MJW

PURENDU SARKAR,

      Plaintiff,

v.

NANCY MCCALLIN, etc., et al.,

      Defendants.

_____

ORDER DENYING MOTION TO ADD COLLECTION FEE TO JUDGMENT
_____

On August 16, 2011, Machol & Johannes, LLC, filed a motion to add a collection fee to judgment, referring to Bankruptcy F.R.Civ.P. 54(d)(2) [sic].  The motion is based on a Colorado statute which has no relevance to this case brought under federal law.  It is

ORDERED that the motion is denied.

DATED:   August 17th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge